**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Molina-Vizcarra,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Peterson,<br><br>　　　　Defendant. | CV 05-1608 PHX NVW (JJM)<br><br>**ORDER** |

Before the court is Defendant's Motion to Dismiss (doc. # 6). No response has been filed, and the time to respond has expired. Pursuant to the local rules of this court, Plaintiff's failure to timely respond "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i). Nevertheless, the court has considered Defendant's Motion to Dismiss and finds it to be meritorious. This court lacks jurisdiction of this action because Plaintiff did not exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

IT IS THEREFORE ORDERED withdrawing the reference of this case from Magistrate Judge Jacqueline Marshall.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (doc. # 6) is granted, and the clerk shall enter judgment accordingly and shall terminate this action.

/ / /

/ / /

1   IT IS FURTHER ORDERED that Defendant's Renewed Motion to Dismiss (doc.
2  #7) is denied as moot in light of the dismissal of this action.
3   DATED this 2nd day of November, 2005.

_____
Neil V. Wake
United States District Judge